## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

_____

ELEKTRA ENTERTAINMENT GROUP, INC.,
UMG RECORDINGS INC., INTERSCOPE RECORDS,
ATLANTIC RECORDING CORPORATION,
and BMG MUSIC,

        Plaintiffs,

  v.

KELSEY LYNG MCDONOUGH,

        Defendant.

Case No. 09-CV-492

_____

# ORDER

On October 27, 2009, in her amended answer to a complaint brought against her, the defendant, Kelsey Lyng McDonough ("McDonough"), contested whether this court has in personam jurisdiction over her. (Docket #18). However, McDonough has not made a corresponding motion to the court to dismiss the case for the reasons set forth in her answer. As such, in order to facilitate the disposition of this case, the court will require that McDonough file a motion within 21 days of this order to resolve the jurisdictional issues posed by her answer. The plaintiffs will then be required to respond to the defendant's motion pursuant to Civil L.R. 7.1(b), which necessitates that the opposing party serve a "response brief, and, when necessary, affidavits or other documents within 21 days of service of the motion." Likewise, the defendant will then need to serve a reply brief within 14 days from the service of the response brief. Civil L.R. 7.1(b).

Accordingly,

**IT IS ORDERED** that, pursuant to Civil L.R. 7.1(a), the defendant shall file a motion and a corresponding brief to support her claim that the court lacks personal jurisdiction over her within 21 days of the date of this order. The plaintiffs shall, in turn and pursuant to Civil L.R. 7.1(b), file a response brief within 21 days of service of the defendant's motion. The movant will have 14 days from the service of the response brief in which to file a reply brief.

Dated at Milwaukee, Wisconsin, this 5th day of November, 2009.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge